## ATKINSON v. WILLIAMS

Theoder Atkinson Sen$^r$ plantiff against Cap$^t$ John Williams Defend$^t$ according to Attachm$^t$ Dated the 24th of January 1670. The Court (haueing considere the Attachm$^t$ with what was produc$^d$ & prou$^d$ in Court against the plantiff Theoder Atkinson) doe Judge that as there was no ground of Action, soe it was a vexatiose suite

contrary to y^e Law title baratry[1] & therefore fine him tenn pounds fine to the County & fees of Court standing comitted till the Sentance be perform^d. Theoder Atkinson appealed from this Sentance to the next Court of Assistants & the s^d Theo: Atkinson in tenn pounds & Peter Brackett & Tho: Matson sen^r in fiue pounds apeice acknowledged themselves bound to . . . prosecute his appeale . . . & in y^e meane tyme bee of good behauior.

[ John Williams was a merchant "of Southwark near London," and Theodore Atkinson a feltmaker of Boston. This case had been dragged from one court to another for a space of ten years or more. It is adequately dealt with up to this point in the printed Records of the Court of Assistants, iii. 137–8, 147, 203–7, and the unfavorable result of an appeal from this judgment to the Court of Assistants, March 12, 1671/72, is on p. 215. See also below, pp. 95, 247. In the meantime, owing to a disagreement of bench and jury in the Court of Assistants on September 5, 1671, (on the occasion of an earlier appeal), the General Court heard the case, October 8, 1672. It judged that Williams should recover 217l 16s 3d from Atkinson, and issued a writ of execution (return of writ December 3, 1673 is in S. F. 1276.18; cf. Records of Massachusetts Bay, iv², p. 539, 571). Atkinson appealed again to the General Court, October 19, 1672 (original signed in S. F. 1276.26), and apparently in vain. Not discouraged by these successive rebuffs, Anthony Checkley, attorney for Atkinson, attempted a new action against Williams in the County Court on January 27, 1673/74 (S. F. 1276.35), on the ground that the premises seized under the previous writ of execution really belonged to his daughter Abigail Atkinson. At its January session in 1673/74 this Court again decided against Atkinson (see below, p. 372). Checkley's reasons of appeal from that judgment are in S. F. 1276.36; Williams's answer, in S. F. 1276.37.

Some of the earlier papers in the case are here reproduced for the light they may throw on Boston commerce and the fur trade between 1650 and 1660. Many others may be found in S. F. 1276 and S. F. 669. The first is a copy "owned" by Williams October 27, 1670, as attests John Pyncheon (S. F. 1276.44):

The 11th of Aprill:1659

m^r Atkinson I thought good to Answer youre letter that you sent to mee Concerning our agreement, when you was with mee it was this, that what Goods I

---

[1] "If any man be proved, and judged a common barrater, vexing others with unjust, frequent & endles suites, it shall be in the power of the Court, both to reject his cause, and to punish him for his Barratry." Act of 1641, in The Book of the General Lawes and Libertyes (1660), p. 5.

sent you & stood to the Aduenture of, them you were to allow mee 22$^l$ in the 100: & you were to make mee Returnes the same yeare, if not you were to allow mee 8$^{li}$ in the 100: for Interest & I haue sent you none but what was on my Owne Aduenture, both to you & back to mee againe, Except these Goods that I sent to you the last yeare, 171$^l$ pounds 19$^s$, & 6$^d$, And the produce of them I shall Expect that you stand to the Aduenture of them to mee, & because that most of them were goods, that you did not write to mee for, & you Complaine that the hatts came to a bad market therefore I shall desire but uery reasonable profitt, which will bee but fourteene pounds, if soe you send mee returnes this yeare, w$^{ch}$ will bee in all for them, 188$^l$ 19$^s$ And Concerning the goods that were in m$^r$ Garret, you say they were on my Account, I suppose the Bill of Lading doth not proue it soe to bee, but howeuer, you did ouer rate youre goods Iron was sold for 16$^l$ per Tunn, & likewise youre beauer was Ouer rated, I suppose if God should bring you heere againe, you & I should agree about it I hope; the Beauer you sent the last yeare I sold for the best aduantage for you; but not for my selfe, for I haue not receiued all the money for it yet, And that beauer you sent this yeare by m$^r$ Lock, I did proffer it to seuerall men & could get but 8$^s$ per$^l$ for it, & haue giuen till about August next to pay for it, there is loss in it, & more in that that came in Parker & Pearse ships but I could not helpe it. I beleiue if you had benn heere you$^r$ selfe, you would not haue made soe much of it as I did, I wrote to you seuerall times, that I sent you a hogshead of hatts, about October, the same yeare you were at London, the which ship had a long passage, it was about February following before Shee Ariued at new England, there was in the Hogshead, 27$^l$ 11$^s$ worth of hatts, but you would neuer since write to mee of the receiuing of them, & I wonder at it, if you had not receiued them I might haue receiued them of the master, you write to mee that the goods in Garrets ship was on my account, but I pray Consider that you were to send to mee on youre Owne aduenture, the spring following after you were heere, the sume of Two hundred & seauenty pounds & I haue receiued noe more since on youre aduenture but: 198$^l$ beside what you haue ordered mee to pay to others & that was in Bills of Exchange

I haue heere sent you an Account, what I haue receiued & what I haue pajd since this time Twelue month

|  | li | s | d |
|---|---|---|---|
| Receiued of m$^r$ Peake 71:12.6 | 071 | 12 | 06 |
| Receiued of Capt: Hunt, 4$^l$ for interest | 034 | 00 | 00 |
| Receiued of m$^r$ Waterman | 50 | 00 | 00 |
| Receiued for Goods that came in Parker & Pearse | 104 | 16 | 10 |
| Receiued & shall for goods that came in Lock | 70 | 17 | 00 |
| Receiued of m$^r$ Sands the bill | 46 | 00 | 00 |
|  | 377 | 06 | 04 |

| | li | s | d |
|---|---|---|---|
| Paid for fraight & other Charge of the goods that came in Parker & Pearse ships | 02 | 13 | 07 |
| Pajd for goods that came in Lock | 01 | 03 | 06 |
| Pajd m$^r$ Wilkey | 03 | 03 | 06 |
| Pajd m$^r$ Daniell | 10 | 00 | 00 |
| Pajd m$^r$ Briggs | 10 | 00 | 00 |

pajd John Reuell   12$^l$ . . . . . . . . . . . . . . . . . . . . 12:00:00
Pajd to Humphery More . . . . . . . . . . . . . . . . 10:00:00
Pajd to John Reuell . . . . . . . . . . . . . . . . . 10:00:00
Pajd for protesting m$^r$ Coles Bill . . . . . . . . . . . . . 00:05:00

59:05:03

M$^r$ Coales bill I haue sent you by the 3 Freinds & goods with an Inuoyce, the bill of 80$^l$ oft charged on Cap$^t$ Hunt hee say that hee haue nothing in his hand of his that Charges it on him, but when hee haue hee will pay it.   you write to me that you would send on my Account 200$^l$  I pray send it in the Prudent Mary, if it please God to bring it to you, & what more you send on my Account Send it by m$^r$ Pearse, or whome you will if any other come, musquash skins will not yeald aboue 7$^d$ mincks & Fox will yeald 2$^s$: there is less loss in the best beauer but for that which is meane will sell but for little & Rackoones must bee good to yeald 12$^d$ Easterne moose was sould for 30$^d$ & some for 8 groates a pound, I sould youre fine Southerne skins for 4$^l$: soe hauing noe more to trouble you with, I rest hoping to see you heere the next spring if God permitt:

Youre Freind
John Williams:

And when I receiue the other bill of 80$^l$ I shall pay the rest that you appoint mee to pay

S. F. 1276.54

Cap$^t$ Williams Credito$^r$ to Theode$^r$ Atkinson          Per Contra Debit$^r$

| | li   s   d | | | li   s   d |
|---|---|---|---|---|
| 1656 By three bonds . . | 636:00:00 | 1656 Linnen Cloth dd Cap$^t$ | | |
| Provided Cap$^t$ wil- | | williams wife more or | | |
| ljams shall produce | | less . . . . . . . . | 03:10:00 |
| the originall bond & | | Sent by Locke & Gar- | | |
| deliuer them to | | ret 298$^{li}$ 6$^s$ 8$^d$ made in | | |
| Theode$^r$ Atkinson or | | London . . . . . | 282:07:10 |
| his order | | By m$^r$ Peake 45$^{li}$ 05$^s$ | | |
| Money sent . . . . | 006:11:03 | made . . . . . . | 045:05:00 |
| Goods sent . . . . | 027:11:00 | | | |
| Sep$^t$ 56 To freight & charge | | 1657 By Butler 58$^{li}$ 11$^s$ 6 | | |
| of Goods . . . . | 014:00:06 | made of it . . . . . | 061:14:06 |
| To Ed: Johnson . . | 004:17:06 | By Clarke 65:17:6 made | | |
| To m$^r$ Daniel Ordered | 020:00:00 | of it . . . . . . . | 065:04:08 |
| To George Atkinson | 010:00:00 | By Cap$^t$ Peirce . . . | 028:08:00 |
| Provided these Revel . . . . | 030:00:00 | By Garret 103$^{li}$ 6$^s$ 9$^d$ | | |
| Sums be Secured to be Briggs . . . . | 010:00:00 | last . . . . . . . . | 103:06:09 |
| dischardged Stauton . . . | 010:00:00 | | | |
| | | 1658 By Peirce 32:5:9 by | | |
| Ap$^r$ 57 To Goods in Aprill | 266:01:01 | Parker 8[li]: 14$^s$ 5$^d$ = | | |
| y$^e$ hatts not Sent for | | 115$^{li}$ 02$^d$ made of it | 104:16:10 |
| Charges . . . . | 002:01:01 | By Peake . . . . | 071:12:06 |
| By Cap$^t$ Butler . . | 001:04:04 | By Hunt 30$^{li}$ made . | 034:00:00 |

|  | | li | s | d |
|---|---|---|---|---|

| | | *li* | *s* | *d* |
|---|---|---|---|---|
| 1658 | To Goods in the prudent Mary | 114 | 12 | 05 |
| not sent for | To Goods by Locke | 057 | 07 | 00 |
| not sent for | To Charges and Seuerall persons | 059 | 05 | 01 |
| 1659 | To Goods sent by the three Freinds | 039 | 05 | 07 |
| | To Goods by Cap<sup>t</sup> Peirce | 067 | 07 | 01 |

**1658**
To Goods in the prudent Mary . . . . 114:12:05
*not sent for* To Goods by Locke 057:07:00
*not sent for* To Charges and Seuerall persons . 059:05:01

**1659**
To Goods sent by the three Freinds . . . 039:05:07
To Goods by Cap<sup>t</sup> Peirce . . . . . . 067:07:01
To Goods by Prudent Mary . . . . 077:05:05
To Charge of Goods sent home . . . . 003:19:04
To m<sup>r</sup> Daniell . . 030:00:00

**1660**
To Goods Sent by five Shipps . . . . 162:08:05
To Charges . . . . 005:07:00
*not taken up* To a bond pajd Briggs . . . . . 020:00:00
To merry worth . . 010:00:00
To Revel . . . . . 010:00:00
To Lanceter . . . 020:00:00
To Freigh<sup>t</sup> &c . . 002:10:06

**1661**
To Goods . . . 054:14:10
*advanc not pd* To Goods by prudent Mary and Clarke . 114:05:04

**1662**
To Goods by Lord 037:17:06
To Charge of Goods &c . . . . . . . 012:09:05
To Goods by Clarke 019:01:09
To fright and Custome of tobacco . . 007:02:00
To charges 4:11:4 . 004:11:04
To Goods by Peirce 273:11:09

2241:08:06

To Logwood . . 0003:17:04
Interest for Seuerall Sums to Sep<sup>t</sup> 16th 1662 Agreed by themselues 0100:00:00
more for Advance An°
1661 . . . . . . 0017:00:00

2362:05:10

Right column:

| | | *li* | *s* | *d* |
|---|---|---|---|---|

By Waterman 50<sup>li</sup> made . . . . . . . 050:00:00
By John Sans . . . . 046:00:00
By Locke [ ]<sup>li</sup> 10<sup>s</sup> made 070:17:00

By Bill of Loadin pajd in 59 & 60 . . . . . 086:00:00
**1659** A Beavar sk[yn] . . 000:03:00
By Wood Greene 137:06:01 made . . . 137:16:06
By Scarlet 65:14:11 made . . . . . . . 068:14:06
By Burrowes . . . . 008:15:00

By Wood Greene 95:03:00 made . . . 108:16:00
**1660** By Gillam 48:00:00 made . . . . . . . 063:06:00

**1661** By Wood Greene &c 147:00:00 made . . . 109:07:06
By the Society 154:8:6 made . . . . . . . 093:07:04
By Greenow 18<sup>li</sup> 5<sup>s</sup> 6<sup>d</sup> made . : . . . . 018:05:06

**1662** A Byll of Cap<sup>t</sup> Scarlet Vnsold . . . . . . . 027:00:00
Goods on Peirce 157:13:04 . . . . . 157:13:04

1846:07:03

Beauer Vnsold

The 27:00:00. By Scarlet & the 157:13:4 vnsold, are after they are marketted to be made Good to — and by either partje notwithstanding the Summs heere accounted for w$^{th}$ what other Goods shall be shipt this yeare and the Beavar vnsold and othe$^r$ Peltry, and in Case of theise Goods lost at Sea there is then thirty five pounds on the adventure of Theoder Atkinson. . .

|  | 2362:05:10 |  |
|---|---|---|
| 7020 — | 1846:07:03 |  |
| 4:11: | 515:18:07 |  |
| 273:11:09 | 2362:05:10 | prooff |

This is a true Copie of the Acco$^t$ made vp at Leivt william Hudsons the 17th day of Sep$^t$ 1662 as taken from both parties onely Some Summes are misplaced in this Columne right aboue Examined by vs, Joseph Hills Richard Cooke   This is a true Copie Compard w$^{th}$ that presented to & left w$^{th}$ y$^e$ Comitte of the Gen$^l$ Court octob$^r$ last 1670 & is on file as Attests Edw: Rawson Secr . . .

S. F. 1276.59

March: 22th 1659

M$^r$ Atkinson these Goods are in the Prudent Mary & in Pearce & in Scarlet, & in the Dolphin & in m$^r$ Gales ship, that is Fiue ships:

| | l s d |
|---|---|
| A: Ferkin of file dust | 00:16:00 |
| It: 2: p$^r$ of Cards | 00·03:00 |
| It: 10: doz: of Bow strings | 00:16:08 |
| It: 12$^l$ of small packthred | 00:10:00 |
| It: 24$^l$ of Bigg packthred | 00:14:00 |
| It: 38½ yards of Taffaty at 2$^s$ 8$^d$ per y$^{rd}$ | 05:02:08 |
| It: 35: yards of Taffaty at 2$^s$ 10$^d$ per y$^{rd}$ | 04:19:02 |
| It: 6: yards of Callico at 13$^s$ 6$^d$ per peece | 04:01:00 |
| It: In Hatt bands | 28:11:00 |
| It: 40$^l$ of the best Cammell haire at 6$^s$ 6$^d$ per$^l$ | 12:06:00 |
| It: 11$^l$: of Course Cammell haire at 3$^s$ 6$^d$ per$^l$ | 01:13:00 |
| It: 40$^l$ of the best Conney woole at 7$^s$ 6$^d$ per$^l$ | 15:00:00 |
| It: 20$^l$ of seccond Conny woole at 5$^s$ per$^l$ | 05:00:00 |
| It: 20$^l$ of other sort of Conney woole at 3$^s$ per$^l$ | 03:00:00 |
| It: 12: doz: of brushes at 3$^s$ per doz: | 01:16:00 |
| It: ½$^c$ of Gaules | 02:02:00 |
| It: a ½$^c$ Logwood | 03:00:00 |
| It: a firkin of Coperas | 00:06:09 |
| It: 12: doz: of Locks — 3$^l$ | 03:00:00 |
| It: ¾$^c$ starch & 2 firkins | 00:19:00 |
| It: 10 Ells of black Taffaty | 05:00:00 |
| It: 5. doz Cards | 03:00:06 |
| It: 220$^l$ of white polony woole at 8$^l$ per$^c$ | 17:08:04 |
| It: 100$^l$ of Welch bld: woole at 12$^d$ | 05:12:00 |
| It: 2: hhds: of Leefe | 02:06:00 |
| It: for 2 hhds | 00:04:06 |
| It: for packing the woole | 00:06:06 |
| It: for the Carman to Carry them | 00:03:06 |
| It: for Primage | 00:10:04 |
| | 128:07:11 |

Black Poloney Woole I could get none as yet, but I hope to get some before the Prudent Mary goe, m$^r$ Pearse Boat-swaine hath Ouer rated the woole, you must pay 50$^s$ per Tunn:

youre Freind

John Williams

The Originall of this whereof this is the Copie was Owned by Cap$^t$: John Williams before the Committe this 27th October 1670 As Attests John Pynchon
    vera Copia Attest$^d$ per Edw. Rawson Secret

S. F. 1276.61

| | l | s | d |
|---|---|---|---|
| M$^r$ Atkinson I haue sent you in the Prudent & Mary | | | |
| Imp$^{rs}$: 40$^l$ of the best Conny woole it Cost 10$^s$ a pound . . . . . | 20 | 00 | 00 |
| It: 20$^l$ of the second sort of Conny woole at 6$^s$ . . . . . . . . . | 06 | 00 | 00 |
| It: 10$^l$ of Cheeke Conny woole at 4$^s$ per$^l$ . . . . . . . . . . . | 02 | 00 | 00 |
| It: 10$^l$ of Taile Conny woole at 4$^s$ . . . . . . . . . . . . . | 02 | 00 | 00 |
| It: 15$^l$ of Gotes woole pelt: it Cost 7$^s$ per$^l$ . . . . . . . . . . | 05 | 05 | 00 |
| It: 3$^l$ & 6$^{oz}$: of picktred woole, it Cost . . . . . . . . . . | 05 | 18 | 04 |
| It: 12: Cutting kniues . . . . . . . . . . . . . . . : . . . | 00 | 06 | 00 |
| It: 2: doz: of great bow-strings . . . . . . . . . . . . . . . | 00 | 06 | 00 |
| It: 1: Ferkin of file dust . . . . . . . . . . . . . . . . . . | 00 | 17 | 06 |
| It: Iron ware & nailes . . . . . . . . . . . . . . . . . . . | 09 | 12 | 00 |
| It: for Cask & Carman . . . . . . . . . . . . . . . . . . | 00 | 03 | 09 |
| It: for primage . . . . . . . . . . . . . . . . . . . . . | 00 | 04 | 06 |
| | 52 | 13 | 01 |
| It: for uenturing to you & back . . . . . . . . . . . . . . . | 11 | 10 | 00 |

There is in the Hogshead 2 doz: of bowstrings for John Clough, I pray deliuer them to him:

There is 2 doz: of bow-strings for my Brother Williams & 2 Peckers & a knife for him. I pray deliuer them to him & there is Two pound of Flocks among youre flockes more then youre 20$^l$ I pray deliuer them also to my Brother they are in the three Freinds:

Goodman Truck hath benn with mee for 4$^l$ seuerall times but I had noe Order to pay it, but out of the goods that was in Garret, soe hauing noe more to trouble you I rest wishing youre prosperity.

Youre Freind

John Williams:

May 3$^d$ 1659 . . . vera copia . . . ]